# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
April 5, 2019

In re:

Douglas Barrett Berson
Debtor*

Case Number: 18–31382 amn
Chapter: 7

**ORDER GRANTING EXTENSION OF TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523 AND/OR 727**

    Elm City Food Cooperative, Inc., Creditor (the "Movant"), filed a Motion for Extension of Time to File a Complaint Objecting to Dischargeability of a Debt Pursuant to 11 U.S.C. § 523 and/or 727 ( the "Motion", ECF No. 40).  After notice, and on consent of all parties of interest, it appearing that the relief in Motion should be granted; it is hereby

    **ORDERED:** The time for the Movant Elm City Food Cooperative, Inc., Creditor to file a Complaint pursuant to 11 U.S.C. § 523 and/or 727 is extended to May 8, 2019 .

Dated: April 5, 2019

BY THE COURT

Ann M. Nevins
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 140 –

*For the purposes of this order, "Debtor" means "Debtors" where applicable.